ERIC A. SCHNEIDER (Bar No. 94574)
  eas@amclaw.com
VANESSA S. DAVILA (Bar No. 192710)
  vsd@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendants AMERICAN ASSOCIATION OF PHYSICIAN SPECIALISTS, INC., WILLIAM CARBONE and ROBERT CERRATO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LESLIE RADENTZ, M.D.,<br><br>   Plaintiff,<br><br>vs.<br><br>AMERICAN ASSOCIATION OF PHYSICIAN SPECIALISTS, INC., WILLIAM CARBONE, ROBERT CERRATO, and DOES 1-10,<br><br>   Defendants. | Case No. EDCV13-1486 SJO (OPx)<br><br>**Judgment**<br><br>Trial Date:          None |

On March 24, 2014, Defendants AMERICAN ASSOCIATION OF PHYSICIAN SPECIALISTS, INC. ("AAPS"), WILLIAM CARBONE ("Carbone") and ROBERT CERRATO ("Cerrato") (collectively, the "Defendants"), moved to dismiss all of plaintiff LESLIE RADENTZ, M.D.'s ("Radentz") claims against them, as set forth in Radentz's Second Amended Complaint, pursuant to two separate motions to dismiss filed pursuant to the Federal Rules of Civil Procedure, Rule 12(b)(6).  The Court determined that the motions were appropriate for

/ / /

/ / /

/ / /

/ / /

determination without hearing.  On May 5, 2014, the Court issued an Order granting all Defendants' motions to dismiss, without leave to amend.  The issues having fully been considered, and a decision having been duly rendered.

**IT IS SO ORDERED AND ADJUDGED** that plaintiff Radentz shall take nothing, and that the entire action shall be dismissed as against all Defendants.

DATED:  May 20, 2014

*S. James Otero*

The Honorable S. James Otero
United States District Court Judge

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1190786.1 05653-025